**Order entered August 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00529-CV

**DESOTO PROFESSIONAL PARK, LTD., Appellant**

**V.**

**JOHN P. KIRTLAND, JEK LENDING, LLC, AND PD121 HOLDINGS, LLC, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07826**

## ORDER

We **GRANT** appellees' unopposed August 10, 2015 motion for six-day extension of time to file brief and **ORDER** the brief be filed no later than August 17, 2015.

/s/     CRAIG STODDART
JUSTICE